In the Matter of the Claim of SAMUEL GREEN, Respondent, against ALERT CONTRACTING Co., INC., and THE GREAT AMERICAN INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of the State Industrial Board, noticed August 26, 1938. Claimant was engaged in repairing a truck owned by him, at the World's Fair grounds at Flushing, where the Alert Contracting Co., Inc., had a contract for moving dirt and ashes. Claimant reported, with his truck, at eight o'clock in the morning and worked until four-thirty in the afternoon, in drawing materials, as his truck was loaded, and dumping them as directed. The claimant was to receive a fixed sum for his work and his truck, from which an amount was deducted by the company to pay for compensation insurance to comply with the Workmen's Compensation Law and for its own protection. In its first report of injury the company described claimant as " Hired Truck Driver," and stated that was his regular occupation, and that he received wages at eighty-seven and one-half cents per hour, seven dollars per day, and thirty-five dollars per week, of five days. It is clear that the claimant was under the control of the company during the hours of work. The evidence justified the Board in holding that the claimant was an employee and not an independent contractor. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of MICHAEL CATTERSON, Respondent, against THE YALE CLUB OF NEW YORK CITY and ROYAL INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of compensation under the Workmen's Compensation Law. The sole point raised by appellants is that the accident and injuries resulted from the intoxication of the claimant. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan. JJ.

In the Matter of the Claim of DELBERT FEATHERLY, Respondent, against B. C. PARR and GLOBE INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was injured while lifting a scaffold, and suffered a compression fracture of the ninth thoracic vertebra. There was such delay in diagnosis as to furnish a reasonable excuse for not giving notice. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.